IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD J. SAUNDERS,** | CIV S-07-1948 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that respondent's request (doc. no. 6) is granted and Respondent's response to Petitioner's Petition for Writ of Habeas Corpus must filed on or before April 11, 2008.

Dated:  February 7, 2008.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1